IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> by Nicholas deB. Katzenbach, <br> Attorney General of the United States, <br><br> Plaintiff <br><br> v. <br><br> DYERSBURG BOARD OF EDUCATION; <br> HUGH M. TODD, JR., Chairman, and <br> WILLIAM MURRAY, GEORGE YARBRO, <br> A.D. WALKER, JR., FRED CHILDRESS, and <br> WILLIAM S. YATES, members of the <br> Dyersburg Board of Education and <br> W.C. WARREN, Superintendent of the <br> Dyersburg City Schools, <br><br> Defendants | Civil Number: 2:66-cv-00241-SHL |

**JOINT MOTION FOR DECLARATION OF UNITARY STATUS AND DISMISSAL**

The Parties to this cause, Plaintiff United States of America and Defendant Dyersburg City Board of Education, by and through undersigned counsel, respectfully file this Joint Motion for Declaration of Unitary Status and Dismissal and hereby move the Court to order that the District has achieved full unitary status and to dismiss the above-captioned case. A Memorandum of Law in support of this Motion is filed today with the Court.

| | |
|---|---|
| DATED: February 5, 2026 | Respectfully submitted, |
| | |
| HARMEET K. DHILLON<br>Assistant Attorney General | s/ *Debra D. Owen*<br>DEBRA D. OWEN<br>TN BPR # 021626 |
| JEFFREY MORRISON<br>Acting Chief, Educational Opportunities Section | *JACKSON, SHIELDS, HOLT, OWEN & BRYANT*<br>262 German Oak Drive<br>Memphis, TN 38018<br>Telephone: (901) 754-8001<br>Email: dowen@jsyc.com |
| s/ *Jordan K. Carpenter* (email perm. 1-28-26)<br>PETER FEAMAN<br>FL Bar No. 260347<br>Senior Counsel<br>JORDAN K. CARPENTER<br>TN BPR # 035074<br>Counsel<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>Telephone: (202) 514-3847<br>Email: Jordan.Carpenter2@usdoj.gov | **ATTORNEY FOR DEFENDANT** |
| s/ *D. Michael Dunavant* (email perm. 1-28-26)<br>D. MICHAEL DUNAVANT<br>TN BPR # 017336<br>United States Attorney<br>SARAH PAZAR WILLIAMS<br>TN BPR # 031261<br>Assistant United States Attorney<br>Western District of Tennessee<br>167 N. Main Street, Suite 800<br>Memphis, TN 38103<br>Telephone: (901) 544-4321<br>Email: Michael.Dunavant@usdoj.gov | |
| **ATTORNEYS FOR PLAINTIFF**<br>UNITED STATES OF AMERICA | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of February, 2026, I filed the foregoing through the Court's ECF filing system such that a Notice of Electronic Filing will be transmitted to all counsel of record in the case.

                                      *s/ Debra D. Owen*
                                      DEBRA D. OWEN
                                      Attorney for Defendant