# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>by Nicholas deB. Katzenbach,<br>Attorney General of the United States,<br><br>    Plaintiff,<br><br>v.<br><br>DYERSBURG BOARD OF EDUCATION;<br>HUGH M. TODD, JR., Chairman, and<br>WILLIAM MURRAY, GEORGE YARBRO,<br>A.D. WALKER, JR., FRED CHILDRESS,<br>and WILLIAM S. YATES, members of the<br>Dyersburg Board of Education and<br>W.C. WARREN, Superintendent of the<br>Dyersburg City Schools,<br><br>    Defendants. | No. 2:66-cv-00241-SHL |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed August 25, 1966,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Joint Motion for Declaration of Unitary Status and Dismissal (ECF No. 31), filed February 11, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 12, 2026
Date